In the Matter of the Application of THE THREE SOFIA BROTHERS CORP., for a Stay of Arbitration Proceedings Entitled " In the Matter of the Arbitration between ELLEN F. KUHNEL and THE THREE SOFIA BROTHERS ".

Supreme Court, Special Term, New York County, November 17, 1947.

**892**

*Healy & Fusfeld* for The Three Sofia Brothers Corp., petitioner.

*George Brody* for Ellen F. Kuhnel, respondent.

PECORA, J. The claim here is that respondent's property was damaged while petitioner was moving furniture on August 30, 1941. The moving was being done pursuant to a contract entered into between the parties on August 12, 1941. The three-year Statute of Limitations (Civ. Prac. Act, § 49, subd. 6) referring to actions to recover damages for injury to property resulting from negligence, does not apply. The claim here arises from an agreement between the parties and not from a violation of a duty imposed by law. (See *Busch* v. *Interborough R. T. Co.,* 187 N. Y. 388.) The six-year statute as to contract actions (Civ. Prac. Act, § 48) is applicable. Service of the demand for arbitration on August 30, 1947, was therefore timely. (*Pomeranz* v. *More,* 187 Misc. 383.) The motion to stay arbitration is denied.